# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DUYTAN NGUYEN,

       *Plaintiff*,

    v.

WASHINGTON NATIONALS BASEBALL
CLUB, LLC,

       *Defendant*.

Civil Action No. 24-1786 (LLA)

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 51, it is hereby

**ORDERED** that Plaintiff's Motions for Leave to File, ECF Nos. 42, 45, 48, are **DENIED**;

Defendant's Motion to Dismiss, ECF No. 35, is **GRANTED**; and the case is **DISMISSED**.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of

the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

    **SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: July 22, 2025